# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-01024-REB-BNB

CHRIS PAPPAS, and
JAMELLA PAPPAS,

    Plaintiffs,

v.

FRANK AZAR & ASSOCIATES, P.C., a Colorado Professional Corporation, and
LISA M. HUNGERFORD,

    Defendants.

## ORDER OF RECUSAL

**Blackburn, J.**

    This matter is before me *sua sponte*.  For the reasons discussed below, I conclude that I must recuse myself from this case.

    As a general rule, recusal is required when "a reasonable person armed with the relevant facts would harbor doubts about the judge's impartiality." ***Maez v. Mountain States Tel. & Tel., Inc.,*** 54 F.3d 1488, 1508 (10th Cir.1995).  28 U.S.C. § 455 requires recusal when such circumstances arise.  ***Hinman v. Rogers,*** 831 F.2d 937, 939 - 40 (10th Cir.1987).  Stated differently, § 455 requires a judge to recuse himself from a case when his participation in the case creates an appearance of impropriety.  ***U.S. v. Pearson***, 203 F.3d 1243, 1264 (10th Cir. 2000) (citation omitted).  However, a "judge should not recuse himself on unsupported, irrational, or highly tenuous speculation." ***Hinman,*** 831 F.2d at 939 - 40 (citation omitted).

A member of my personal, chamber's staff is acquainted with Frank Azar, the principal of defendant Frank Azar & Associates, P.C. Given these circumstances, I conclude that I should recuse myself from this case in an effort to avoid any appearance of impropriety.

**THEREFORE, IT IS ORDERED** as follows:

1) That under 28 U.S.C. § 455(a), I **RECUSE** myself from this case; and

2) That pursuant to D.C.COLO.LCivR 40.1, the Clerk of the Court shall randomly draw another district judge to be assigned to this case.

Dated November 16, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**