IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01024-MSK-BNB

CHRIS PAPPAS, and
JAMELLA PAPPAS,

Plaintiffs,

v.

FRANK AZAR & ASSOCIATES, P.C., a Colorado professional corporation, and
LISA M. HUNGERFORD,

Defendants.

_____

## ORDER

_____

This matter is before me on the following:

(1)     **Plaintiffs' Motion to Compel Production of Documents and Answers to**

**Interrogatories Pursuant to Federal Rule of Civil Procedure 37** [Doc. # 41, filed 12/20/2006]

(the "Motion to Compel"); and

(2)     **Defendant Frank Azar & Associates P.C.'s Motion for Protective Order**

[Doc. # 48, filed 1/12/2007] (the "Motion for Protective Order").  The Motion for Protective

Order also is a response to the Motion to Compel.

I held a hearing on the motions this afternoon and made rulings on the record, which are

incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED IN PART and DENIED IN

PART.  The Motion to Compel is GRANTED with respect to Requests for Production Nos. 1, 3,

4, 5, 6, 7, 8, 9, and 10; and GRANTED IN PART to require the production of documents

responsive to Request for Production No. 2 only with respect to those agreements between Franklin D. Azar & Associates, P.C., and Hungerford concerning how compensation is earned and/or paid.  The Motion to Compel is GRANTED with respect to Interrogatories No. 1, 2, 3, 4, 5, 6, 8, 9, 13, 14, 16, 17, 18, 19, 20, 21, 22, and 25.  The Motion to Compel is DENIED in all other respects.

IT IS FURTHER ORDERED that the Motion for Protective Order is GRANTED IN PART and DENIED IN PART consistent with my rulings on the Motion to Compel.

IT IS FURTHER ORDERED that defendant  Franklin D. Azar & Associates, P.C., shall provide supplemental discovery responses consistent with this order on or before **February 12, 2007**.

IT IS FURTHER ORDERED that in view of this order the case schedule is modified to the following extent:

**Discovery Cut-Off:**                              **March 9, 2007**

(All discovery must be **completed** by the discovery cut-off.  All written discovery must be served so that responses are due on or before the discovery cut-off.)

**Dispositive Motions Deadline:**                  **March 30, 2007**

Dated January 18, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge