IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-01024-MSK-BNB | Date: March 12 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

CHRIS PAPPAS,                                                       Patric LeHouillier
and JAMELLA PAPPAS,                                      Joseph Winston

                Plaintiffs,

v.

FRANK AZAR & ASSOCIATES, P.C.,                      Aaron Atkinson
a Colorado Professional Corporation                      Thomas Quinn
LISA M. HUNGERFORD,

                Defendants.

### COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     9:00 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Plaintiffs' motion for relief from confidentiality agreements(1/16/07 #51) is granted.

**ORDERED:** Stipulated motion to modify the scheduling order by the parties(3/6/07 #90) is granted. The discovery cut-off deadline is April 30, 2007.

Court in Recess     9:17 a.m.

Hearing concluded.     Total time in court:     00:17