IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01024-MSK-BNB

CHRIS PAPPAS, and
JAMELLA PAPPAS,

Plaintiffs,

v.

FRANK AZAR & ASSOCIATES, P.C., a Colorado professional corporation, and
LISA M. HUNGERFORD,

Defendants.

_____

## ORDER
_____

This matter is before me on the following:

(1)     **Stipulated Motion to Modify the Scheduling Order** [Doc. # 90, filed 3/6/2007] (the "Motion for Extension"); and

(2)     Plaintiffs' **Motion for Relief from Confidentiality Agreements** [Doc. # 51, filed 1/16/2007] (the "Discovery Motion").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion for Extension is GRANTED, and the discovery cut-off is extended to and including **April 30, 2007**.

IT IS FURTHER ORDERED that the Discovery Motion is GRANTED as stated on the record.

IT IS FURTHER ORDERED that the **Plaintiffs' Motion for Sanctions Re: Hungerford Deposition** [Doc. # 34] and the **Plaintiffs' Motion to Compel** [Doc. # 50] are set for hearing on **April 9, 2007, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED that a ruling on **Plaintiffs' Motion to Hold Defendant Azar & Associates in Contempt of Court and to Impose Sanctions Against Defendant Azar & Associates P.C. for Failure to Comply With Discovery Order** [Doc. # 85, filed 2/28/2007] is DEFERRED pending a ruling by the district judge on the Azar's Second Motion to Stay Discovery [Doc. # 65].

Dated March 12, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge