IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01024-MSK-BNB

CHRIS PAPPAS, and
JAMELLA PAPPAS,

Plaintiffs,

v.

FRANK AZAR & ASSOCIATES, P.C., a Colorado professional corporation, and
LISA M. HUNGERFORD,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1) **Plaintiffs' Motion for Sanctions Re: Hungerford Deposition** [Doc. # 34, filed 11/21/2006] (the "Motion for Sanctions");

(2) **Plaintiffs' Motion to Compel** [Doc. # 50, filed 1/16/2007] (the "Motion to Compel"); and

(3) The **Unopposed Motion for Court Approval of the Parties' Confidentiality Stipulation and Protective Order** [Doc. # 108, filed 3/23/2007] (the "Motion for Protective Order").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion for Sanctions is DENIED, other than to allow Ms. Hungerford's deposition to be reopened consistent with my ruling on the Motion to Compel.

IT IS FURTHER ORDERED that the Motion to Compel is GRANTED IN PART and DENIED IN PART as follows:

GRANTED to require Ms. Hungerford to respond to questions concerning all matters related to her compensation with Frank Azar & Associates, P.C., including how compensation is earned and/or paid; and

DENIED insofar as the plaintiffs seek Ms. Hungerford's personal financial data relating to her family finances, husband's income, personal debt structure, and personal income needs; and in all other respects.

IT IS FURTHER ORDERED that the Motion for Protective Order is DENIED WITHOUT PREJUDICE.  The parties are directed to submit a revised proposed protective order consistent with our discussions this morning.

Dated April 9, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

2