IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01024-MSK-BNB

CHRIS PAPPAS, and
JAMELLA PAPPAS,

      Plaintiffs,

v.

FRANK AZAR & ASSOCIATES, P.C., a Colorado Professional Corporation, and
LISA M. HUNGERFORD,

      Defendants.

## ORDER GRANTING MOTION TO WITHDRAW

THIS MATTER is before the Court on the Motion to Withdraw as Counsel for Defendant Franklin D. Azar & Associates, P.C. **(#144)**. The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#144) is GRANTED**. Thomas Baker Quinn, Jennifer Caroline Forsyth, John Peter Streelman, and Joseph R. King are no longer counsel of record for Defendant Franklin D. Azar & Associates, P.C.

Dated this 16th day of May, 2007

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____
                Marcia S. Krieger
                United States District Judge