IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01024-MSK-BNB

CHRIS PAPPAS, and
JAMELLA PAPPAS,

Plaintiffs,

v.

FRANK AZAR & ASSOCIATES, P.C., a Colorado professional corporation, and
LISA M. HUNGERFORD,

Defendants.
_____

## ORDER
_____

This matter is before me on the following:

(1) **Plaintiffs' Motion to Compel Re Bridgers' Deposition** [Doc. # 125, filed 4/19/2007] (the "Motion to Compel");

(2) The **Stipulated Motion for Court Approval of the Parties' Protective Order** [Doc. # 133, filed 5/9/2007] (the "Motion for Blanket Protective Order"); and

(3) The **Joint Motion to Continue Pretrial Order** [Doc. # 147, filed 5/18/2007] (the "Motion to Continue Pretrial Conference").

I held a hearing on the motions today and made rulings on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED.

IT IS FURTHER ORDERED that the Motion for Blanket Protective Order is DENIED. If the defendants want a blanket protective order limiting the dissemination of the discovery taken

in this case, they shall, on or before **June 1, 2007**, submit a protective order, approved by the plaintiffs and consistent with the requirements of Gillard v. Boulder Valley School Dist., 196 F.R.D. 382, 387-88 (D. Colo. 2000). Failure to submit an appropriate protective order within the time allowed shall waive the defendants' right to seek such a blanket protective order.

IT IS FURTHER ORDERED that the Motion to Continue Pretrial Conference is GRANTED. The pretrial conference erroneously set to occur before me on May 29, 2007, at 9:00 a.m., is VACATED. This order has no effect on the final pretrial order set to occur before the district judge on April 3, 2008, at 4:00 p.m.

Dated May 21, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge