IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01024-MSK-BNB

CHRIS PAPPAS, and
JAMELLA PAPPAS,

Plaintiffs,

v.

FRANK AZAR & ASSOCIATES, P.C., a Colorado professional corporation, and
LISA M. HUNGERFORD,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Plaintiffs' Motion for Protective Order** [Doc. # 152, filed 5/30/2007] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that on or before **June 7, 2007**, the parties shall submit either: (1) an agreed schedule for all remaining depositions to be taken in the case, which I will make an order of the court; or (2) a notice that no agreement can be reached, in which case I will set a hearing at the conclusion of which I will set a schedule for all remaining depositions.

Dated May 31, 2007.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge