IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01024-MSK-BNB

CHRIS PAPPAS, and
JAMELLA PAPPAS,

Plaintiffs,

v.

FRANK AZAR & ASSOCIATES, P.C., a Colorado professional corporation, and
LISA M. HUNGERFORD,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the **Plaintiffs' Unopposed Motion to Clarify Deadline** [Doc. # 233, filed 9/11/2007] is GRANTED.  The plaintiffs shall respond to the following motions on or before **September 18, 2007**:

     (1)    Defendant Frank Azar & Associates, P.C.'s Motion to Amend/Modify the Scheduling Order (etc.) [Doc. # 225]; and

     (2)    Defendant Frank Azar & Associates, P.C.'s Motion for Reconsideration of the Court's May 25, 2007, Order (etc.) [Doc. # 226].

DATED:  September 11, 2007