IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No. 06-cv-01024-MSK-BNB  Date: December 12, 2007
Courtroom Deputy: Geneva D. Mattei  FTR BNB COURTROOM A401

---

CHRIS PAPPAS  Patric LeHouillier
and JAMELLA PAPPAS

    Plaintiffs,

v.

FRANK AZAR & ASSOCIATES, P.C.,  Jesse Brant
a Colorado Professional  Josh Proctor
Corporation
LISA M Hungerford,  Frank Patterson

    Defendants.

---

## COURTROOM MINUTES

---

**HEARING: MOTIONS**

Court in Session: 1:31 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:**  **Plaintiffs' motion for sanctions against defendant Franklin D. Azar & Associates, P.C. for withholding disclosure of plaintiffs' handwritten draft interrogatory responses filed November 1, 2007; #290 is denied as stated on the record. Documents to be produced on or before December 14, 2007.**

Court in Recess 1:52 p.m. Hearing concluded.

Total time in court: 00:21