IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01024-MSK-BNB

CHRIS PAPPAS, and
JAMELLA PAPPAS,

Plaintiffs,

v.

FRANK AZAR & ASSOCIATES, P.C., a Colorado professional corporation, and
LISA M. HUNGERFORD,

Defendants.
_____

# ORDER
_____

This matter is before me on **Plaintiffs' Motion for Sanctions Against Defendant Franklin D. Azar & Associates, P.C. for Withholding Disclosre of Plaintiffs' Handwritten Draft Interrogatory Responses** [Doc. # 290, filed 11/1/2007] (the "Motion for Sanctions"). I held a hearing on the Motion for Sanctions this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion for Sanctions is DENIED.

IT IS FURTHER ORDERED that defendant Azar & Associates shall produce (or produce again) to defense counsel, on or before **December 14, 2007, at 5:00 p.m.**, a copy of the disc containing more than 3,000 documents, which was discussed at the hearing today.

Dated December 12, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge