IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No. 06-cv-01024-MSK-BNB       Date: February 20, 2008
Courtroom Deputy: Geneva D. Mattei          FTR BNB COURTROOM A401

CHRIS PAPPAS                                Joseph Winston
and JAMELLA PAPPAS

      Plaintiffs,

v.

FRANK AZAR & ASSOCIATES, P.C.,              Mark Levy
a Colorado Professional
Corporation
LISA M Hungerford,                          Brian Kennedy by telephone

      Defendants.

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:   3:12 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED: Plaintiffs' motion to vacate and nullify the protective order filed January 29, 2008; Doc 308 is denied as stated on the record.**

Court in Recess   3:35 p.m.   Hearing concluded.

Total time in court:   00:23

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.