IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01024-MSK-BNB

CHRIS PAPPAS, and
JAMELLA PAPPAS,

       Plaintiffs,

v.

FRANK AZAR & ASSOCIATES, P.C., a Colorado Professional Corporation, and
LISA M. HUNGERFORD,

       Defendants.
_____

## ORDER DENYING MOTION TO VACATE
_____

**THIS MATTER** comes before the Court pursuant to the Plaintiffs' Motion to Vacate (# **327**) the hearing set for April 2, 2008. No good cause having been shown for the requested relief, the Motion is **DENIED**.

Dated this 21st day of March, 2008

                 **BY THE COURT:**

                 _____

                 Marcia S. Krieger
                 United States District Judge