IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01024-MSK-BNB

CHRIS PAPPAS, and
JAMELLA PAPPAS,

    Plaintiffs,

v.

FRANK AZAR & ASSOCIATES, P.C., a Colorado Professional Corporation, and
LISA M. HUNGERFORD,

    Defendants.

_____

**ORDER APPROVING PRETRIAL ORDER**
_____

    **THIS MATTER** comes before the Court pursuant to the parties' revised Proposed Pretrial Order **(# 345)**. The Order is approved, insofar as the parties shall be bound to the representations contained therein.

    Dated this 29th day of May, 2008

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge