IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01024-MSK-BNB

CHRIS PAPPAS, and JAMELLA PAPPAS

Plaintiffs,

v.

FRANK AZAR & ASSOCIATES, P.C., a Colorado Professional Corporation, and
LISA M. HUNGERFORD,

Defendants.

_____

**ORDER FOR DISMISSAL WITH PREJUDICE**
_____

THE FOREGOING Stipulation for Dismissal with Prejudice **(#367)** having been submitted by the parties;

The Court, being fully advised in the premises, hereby orders that the above-captioned civil action is dismissed with prejudice, each party to pay its own attorney fees and costs.

DATED this 20th day of March, 2009.

                                                **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge